Durrell Anthony Puckett
Name and Prisoner/Booking Number

CSP - Corcoran
Place of Confinement

P.O. Box 8800
Mailing Address

Corcoran, Ca 93212-8800
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Durrell Anthony Puckett,
(Full Name of Plaintiff)            Plaintiff,

v.

(1) J. Barrios
(Full Name of Defendant)

(2) K. Lopez-Maldonado

(3) A. Duran

(4) B. Lee
                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

1:20-cv-01405-BAM (PC)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Corcoran STATE PRISON

Revised 3/15/2016

- 1 -

## B. DEFENDANTS

1. Name of first Defendant: __J. Barrios__. The first Defendant is employed as: __Lieutenant__ at __CSP - Corcoran__.
   (Position and Title)            (Institution)

2. Name of second Defendant: __K. Lopez-Maldonado__ The second Defendant is employed as: __OFFICER__ at __CSP - Corcoran__.
   (Position and Title)            (Institution)

3. Name of third Defendant: __A. Duran__. The third Defendant is employed as: __Sergeant__ at __CSP - Corcoran__.
   (Position and Title)            (Institution)

4. Name of fourth Defendant: __B. Lee__. The fourth Defendant is employed as: __Sergeant__ at __CSP - Corcoran__.
   (Position and Title)            (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __ABOUT 25__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Puckett__ v. __NKSP Employees__
      2. Court and case number: __E.D. of CA__ # __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __DISMISSED__

   b. Second prior lawsuit:
      1. Parties: __Puckett__ v. __Deputy Jaques__
      2. Court and case number: __C.D. of CA__ # __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Trial__

   c. Third prior lawsuit:
      1. Parties: __Puckett__ v. __TRND EILERS__
      2. Court and case number: __E.D. of CA__ # __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __settlement__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

-2-

DEFENDANT(S) CONTINUE

(5) RODRIGUEZ. P
(6) J. JONES
(7) HOLLAND
(8) DUNNE. M
(9) ORTIZ. A
(10) SOTO
(11) HURD. J
(12) GOMEZ. A
(13) AMEZCUA. C
(14) I. RODRIGUEZ
(15) D. WOODWARD
(16) M. KAIRIS
(17) C. LESNIAK
(18) R. ALVARADO
(19) J. PEREZ
(20) LATUNDE
21-24 FOUR John Does  -3-1A-

B. DEFENDANT(s) CONTINUES

5. P. Rodriguez  Sergeant at CSP-CORCORAN.
6. J. Jones  Officer at CSP-Corcoran.
7. HOLLAND  Sergeant at CSP-Corcoran.
8. M. Dunne  Officer at CSP-Corcoran.
9. A. Ortiz  Officer at CSP-Corcoran.
10. SOTO  Register Nurse at CSP-Corcoran
11. J. Hurd  Officer at CSP-Corcoran.
12. A. Gomez  Officer at CSP-Corcoran.
13. C. Amezcua  Officer at CSP-Corcoran.
14. I. Rodriguez  Officer at CSP-Corcoran.
15. D. Woodward  Sergeant at CSP-Corcoran.
16. M. Kairis  Officer at CSP-Corcoran.
17. C. Lesniak  Captain at CSP-Corcoran
18. R. Alvarado  Officer at CSP-Corcoran
19. J. Perez  Sergeant at CSP-Corcoran
20. Latunde  Officer at CSP-Corcoran
21-24 Officer John Does

C. PREVIOUS LAWSUITS CONTINUES
4. Puckett v. K. Brandon. E.D. of Ca TRIAL.
5. v. T.W. Steadman Dismissed E.D. of Ca .. 6. v. R. Yung settlement E.D. of Ca .. 7. v. D. Hill settlement E.D. of Ca
8. v. R. Zamora Dismissed E.D. of Ca, 9. v. R. Vogel E.D. of Ca
10. v. D. Bailey Heck bar E.D. of Ca. 11. v. LCSW McCarthy E.D. of Ca Settlement. . 12. v. D. Bolanos C.D. of Ca Pending, 13. v. A. Agboli E.D. of Ca Pending Trial. 14. v. R. Zamora. 15. v.

-3-

1. Reprisal        6.29.2020 Excessive force
2. J. Barrios continued to threatened me than he
3. assembled a team of officers, at that time
4. he commenced in a illegal cell extraction where
5. he kick my face multiple times with P. Rodriguez,
6. Gomez, I. Rodriguez, Hurd, and Amezcua, Duran once
7. I was in cuffs non-resistant. Woodward hit me too
8. J. Barrios falsified a report to cover up miscon-
9. duct, with the rest.
10. K. Lopez-Maldonado she kicked my private with
11. P. Rodriguez than squeezed my scrotum sack until
12. I could not take it any more as Lt. Barrios
13. stuck a key like metal in my anus. J. Jones
14. Holland, Hurd, Gomez, Amezcua, Duran, I. Rodriguez
15. D. Woodward. J. Jones continued to threatening
16. (3x) with mini-14 rifle in his hand for filing
17. a complaint by aiming it at me.
18. Holland could of stopped the illegal extraction
19. but choose to tell Barrios to give him a minute
20. to leave.
21. R. N. Soto watched Ortiz choke me for Barrios
22. in the E.R., she thought it was funny.
23. Dunne illegally sprayed than slammed me on the
24. ground in lied with R. Lee that I was spitting
25. D sprayed me at point blank range to where I
26. was throwing up.
27. M. Kairis watched Ortiz choke me but walked
28. off when a nurse asked whats going on.

-4-


AMEZCUA WAS USING RACIAL DEROGATORY SLANG WORDS WHILE PUNCHING ME IN THE SIDE OF UNIT DOOR WITH GOMEZ, DURAN.

R. ALVARADO TOLD BARRIOS TO GET ME FOR HIM AT WHICH HE FORFILLED ALVARADO REQUEST.

J. PEREZ SEEN ORTIZ CHOKING ME AND AS A SUPERVISOR, SHOULD OF ENFORCED POLICY BY ORDERING ORTIZ TO STOP AS I WAS TURNING BLUE.

I RECEIVED MULTIPLE HEAD INJURIES.

I WROTE C. LESNIAK ABOUT THREATS MADE BY BARRIOS AT LEAST 3 OR MORE WKS PRIOR TO THE INCIDENT BUT DONE NOTHING TO ENSURE MY SAFETY.

LATUNJE CAME BACK TO E.R. IN SEEN ME GETTING PEPPER SPRAYED FOR NO REASON THAN FALSIFIED A REPORT.

INJURIES - HEADACHES, LEFT EAR, LEFT KNEE, HEAD FOREHEAD, RIGHT EAR, BACK OF HEAD, LEFT RIBS, BOTH ARMS. Remedies Exhausted (see Ex-A)

Relief

1,250,000.⁰⁰ per a Defendant Individual Capacity
PUNITIVE ... 250,000.⁰⁰ per a Defendant Official Capacity. RELEASED FROM PRISON

I, DURRELL puckett declare under penalty of perjury that the feregoing is true AN correct on 09/20/2020 IN corcoran, Ca

-5-

x [signature]
Plaintiff

*EXHIBIT A*

| | | | |
|---|---|---|---|
| | | Your claim concerns harm to someone else. OR Your claim concerns the legality of the grievance and appeal rules. (15 CCR § 3483(i)(6); 15 CCR § 3487(a)-(b).) | |
| | **Disapproved** | The reviewer found by a preponderance of the evidence that all applicable policies were followed and all decisions, actions, conditions, or omissions by officials or staff were proper. (15 CCR § 3483(i)(6).) | No. You can file an appeal. |
| | **Approved** | The reviewer did not find by a preponderance of the evidence that all policies were followed or that everything was proper. The Office of Grievances shall order an appropriate remedy. (15 CCR § 3483(i)(2).) The remedy shall be carried out within 30 calendar days after the response; there is an exception if the remedy requires budget authorization outside CDCR authority, in which case the remedy shall be carried out within one year. (15 CCR § 3483(k)(1).) See page 9 below for what to do if the remedy does not happen in a timely manner. | No. You can file an appeal. |
| | **No Jurisdiction** | The claim concerns a policy, decision, action, condition, or omission by some other entity or official (not CDCR). (15 CCR § 3483(i)(3).) | No. You can file an appeal. |
| EXHAUST RULE | **Under Inquiry or Investigation** | Your claim is still being investigated by CDCR staff or another law enforcement agency. (15 CCR § 3483(i)(8).) | Yes. Your remedies are exhausted. |
| | **Pending Legal Matter** | Your claim concerns pending litigation by someone else (but not a class action lawsuit), or pending legislation or regulatory action. (15 CCR § 3483(i)(9).) | Yes. Your remedies are exhausted. |
| EXHAUST RULE | **Time Expired** | The Office of Grievances was not able to respond to your claim by the deadline. (15 CCR § 3483(i)(10).) | Yes. Your remedies are exhausted. |

### Step 5 (IF NEEDED): Fill out and Submit a CDCR 602-2 Appeal of Grievance BEFORE THE DEADLINE RUNS OUT

If you receive response to your grievance that is appealable (see Step 4, above), and you are not fully satisfied with that response, then you can submit an appeal. (15 CCR § 3485.) **The deadline for submitting your appeal is 30 calendar days after you know (or should reasonably have known) about the grievance response.** (15 CCR § 3485(b).) The deadline may


**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

EXHIBIT B-1

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** PUCKETT, DURRELL A.  **CDC#:** G05549

**Date:** 06/30/2020

**Current Location:** COR-Facility 03A  **Current Area/Bed:** 03A003 1112001L

**From:** Office of Grievances at California State Prison, Corcoran

**Re:** Log # 000000007881

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Corcoran received your grievance on 06/23/2020. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 08/23/2020.   NON-RESPONSIVE PER DEADLINE ORDER
Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

Once you receive a response and if you are dissatisfied with the decision(s), you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

Exhibit B.2

**STATE OF CALIFORNIA**　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.　　　　WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): **PUCKETT, DURRELL**　　CDC Number: **G-05549**　　Unit/Cell Number: **3A03-112L**　　Assignment: **EOP HUB**

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): **STAFF MISCONDUCT / PREA ACT**

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): **ON 6-20-2020 I GOT ATTACKED IN A ILLEGAL CELL EXTRACTION. Lt. BARRIOS AND Sgt. DIAZ, Sgt. Rodriguez, C/O GOMEZ WAS THREATENING ME W/ C/O AMEZCUA something like**

B. Action requested (If you need more space, use Section B of the CDCR 602-A): **I WANT 3A03-109L, 3A03-224L, 3A03-129L, 3A03-117L interviewed, staff fired for sexually assaulting me, money relief. Before incident I stated to staff**

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason: ___

Inmate/Parolee Signature: _____ Date Submitted: **6/22/2020**

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only　　　　　　　Staff — Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.

Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ___ Interview Location: ___

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ___ (Print Name) Title: ___ Signature: ___ Date completed: ___

Reviewer: ___ (Print Name) Title: ___ Signature: ___

Date received by AC: ___

AC Use Only
Date mailed/delivered to appellant ___/___/___

STAFF USE ONLY

Exhibit B-3

**STATE OF CALIFORNIA**
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**

Side 1

IAB USE ONLY | Institution/Parole Region: | Log #: | Category:

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Tuckett, Durrell
CDC Number: G.05543
Unit/Cell Number: 3A03-112
Assignment: E.O.P/HUB

**A. Continuation of CDCR 602, Section A only (Explain your issue):** THAT THEY LIED IN SAID I WAS BOARDED UP BUT THEY HAD TIME TO GEAR UP. AS THEY APPROACHED MY DOOR Sgt DIAZ STARTED SCREAMING W/ AMECIJORCLA FUCK NIGGERS WE FINNA GET YOU THAN SPRAYED ALL MACE IN MY CELL IN REFUSED TO CUFF ME UP. ONCE DOOR OPEN AMECIJORCLA, Lt. BARRIOS, & RUELAS, Sgt. RODRIGUEZ, Sgt. DIAZ, C/O GOMEZ, C/O LOPEZ, AND 3 other C/O JUMPED ON ME WHEN I WAS NON-Resistant busting lip/nose, BIG GIANT BUMP on forehead, side of face where Lt. BARRIOS Kick me In RODRIGUEZ KICK ME. I was punched by the rest at least 20 times then TAKEN IN ISOLATION BY door IN BEATEN BY THEM IN 9 FINGER of Lt. BARRIOS IN My ANUS when they threw me on ground again in started DIAZ & Sgt. RODRIGUEZ told RN SOTO TO DISREGARD ME IN I SAID YOU CAN'T DO THAT A) Sgt LEE TOLD DUNN TO SPRAY ME for complaining in Front of nurse & C/O GAI were in

Inmate/Parolee Signature: [signature]  Date Submitted: 6/22/2020

**B. Continuation of CDCR 602, Section B only (Action requested):** I was suicidal in denied. I told E.R. Nurses in Sgt. Lee told them fuck my nigger as w/ Lt. Barrios who admitted he sexually violated my rights w/ Sgt. Rodriguez kicking balls, because Lopez who was talking MESS to me got I.E.X. I WANT INTERNAL AFFAIRS INVOLVED INTERVIEW 3A03-212L too, I also want it rated from Saturday at about 11:30 p.m. to Sunday I had no mattress. From Saturday to monday I had no clothes, no water, w/ feces in toilet in floor, I had no shoes neither. I still got headaches sore left knee/foot, Right ear/head, Forehead, Right ear/head, back of head, left ribs, both arms got injuries consistant with photos taken - Ruelas & Lopez in front of Sgt. Holland kicked

Inmate/Parolee Signature: [signature]  Date Submitted: 6/22/2020

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

EXHIBIT B-4

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Brownlee, Benjamin Justin
CDC Number: BE3069
Unit/Cell Number: 3A03-109
Assignment: ASU/NDS

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): Assault and Batter complaint for Inmate Durrell Packett #G 05549

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I witnesses and Several other inmate witness Inmate Packet CDCR# getting assaulted and Batter by Sergeant Diaz, Sergeant Jane Doe and other officers on June 20, 2020 at 10:10 to 10:25 pm

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I want the Sergeants and the other officers to be Investigated for there unnecessary use of Force when a Inmate is down and cuff in Restraints. Because they are punching and kicking the Inmate in the

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR 1858 Rights And Responsibility Statement

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _____   Date Submitted: 6/21/2020

☐ By placing my initials in this box, I waive my right to receive an interview.

(Stamp: CSP-CORCORAN RECEIVED JUN 23 2020 INMATE APPEALS OFFICE)

**C. First Level - Staff Use Only**
This appeal has been:   Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____
Reviewer: _____ (Print Name) Title: _____ Signature: _____
Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT** EXHIBIT B.5
CDCR 602-A (REV. 03/12) Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Brownlee, Benjamin Justin | CDC Number: BE3069 | Unit/Cell Number: 3A03-109 | Assignment: ASU/NDS |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** Of a cell Extraction, I watch the Sergeant Diaz and his other Sergeant Jane Doe with other officers punch and kick Inmate Puckett in the face, head and body area when he was in restraints. I also hear the female Sergeant Jane Doe ("Name unknown to me) call out the Nigger (N) word when she kick Inmate Puckett serveral time in the head and face area. The other John Doe's officers (that I can not name at this time because I don't know there names) Was punching and kicking him in his upper body and head area. I saw this happing with My own eyes and from My cell door of 3A03-109. The Cell Extraction was not a Emergency cell Extraction so Mental Health, Lt and vided Record was Support to be there when they doa cell Extraction.

CSP-CORCORAN RECEIVED JUN 23 2020 INMATE APPEALS OFFICE

Inmate/Parolee Signature: _____ Date Submitted: 6/21/2020

**B. Continuation of CDCR 602, Section B only (Action requested):** Head, Face and body area. There was No Lt. around or video Record or Mental Health staff around when they did the cell Extraction.

Inmate/Parolee Signature: _____ Date Submitted: 6/21/2020

EXHIBIT B

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Benjamin Justsn Brownlee | [signature] | June 20, 2020 |
| **INMATE/PAROLEE PRINTED NAME** | **INMATE/PAROLEE'S SIGNATURE** | **CDC NUMBER / DATE SIGNED** |
| Benjamin Justsn Brownlee | [signature] | BE3069  6/20/2020 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| G. Caldera | [signature] | 22 JUN 2020 |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant