UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>BARRIOS, *et al.*,<br><br>  Defendants. | No.  1:20-cv-01405-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 12, 14) |

Plaintiff Durrell Anthony Puckett is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 9, 2020, plaintiff filed a motion for a preliminary injunction or restraining order.  (Doc. No. 12.)  On December 11, 2020, the assigned magistrate judge issued findings and recommendations that plaintiff's motion for preliminary injunction be denied.  (Doc. No. 14.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3–4.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on December 11, 2020, (Doc. No. 14), are adopted in full;
2. Plaintiff's motion for a preliminary injunction, (Doc. No. 12), is denied; and
3. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 5, 2021**          *Dale A. Drozd*
                                   UNITED STATES DISTRICT JUDGE