UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>BARRIOS, *et al.*,<br><br>Defendants. | No. 1:20-cv-01405-NONE-BAM (PC)<br><br>**AMENDED[1] ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS**<br><br>(Doc. No. 16) |

Plaintiff Durrell Anthony Puckett is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 13, 2021, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations that this action proceed on claims for: (1) excessive force in violation of the Eighth Amendment against defendants J. Barrios, P. Rodriguez, A. Gomez, I. Rodriguez, J. Hurd, C. Amezcua, K. Lopez-Maldonado, and D. Woodward; (2) for alleged sexual assault in violation of the Eighth Amendment against defendants J. Barrios and K. Lopez-Maldonado; and (3) for failure to intervene against defendants Holland, J. Jones, and John Does 1–4. (Doc. No. 16.) The magistrate judge further recommended that all other claims and defendants be dismissed from this action based on

---

[1] This amended order replaces a March 5, 2021 order (Doc. No. 18) that contained an erroneous list of those claims allowed to proceed.

1

plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 8–9.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 13, 2021, (Doc. No. 16), are adopted in full;
2. This action shall proceed on plaintiff's first amended complaint, filed December 15, 2020, (Doc. No. 15), against: (1) defendants J. Barrios, P. Rodriguez, A. Gomez, I. Rodriguez, J. Hurd, C. Amezcua, K. Lopez-Maldonado, and D. Woodward for excessive force in violation of the Eighth Amendment; (2) defendants J. Barrios and K. Lopez-Maldonado for alleged sexual assault in violation of the Eighth Amendment; and (3) defendants Holland, J. Jones, and John Does 1–4 for failure to intervene in violation of the Eighth Amendment;
3. All other claims are dismissed from this action for failure to state a claim upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 8, 2021**                                  /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE