# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARRIOS, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:20-cv-01405-NONE-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS JOHN DOES 1–4 FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff Durrell Anthony Puckett ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2021, the assigned District Judge ordered that this action shall proceed on Plaintiff's first amended complaint against: (1) Defendants J. Barrios, P. Rodriguez, A. Gomez, I. Rodriguez, J. Hurd, C. Amezcua, K. Lopez-Maldonado, and D. Woodward for excessive force in violation of the Eighth Amendment; (2) Defendants J. Barrios and K. Lopez-Maldonado for alleged sexual assault in violation of the Eighth Amendment; and (3) Defendants Holland, J. Jones, and John Does 1–4 for failure to intervene in violation of the Eighth Amendment.  (ECF No. 19.)  By separate order, the Court has directed service on Defendants J. Barrios, P. Rodriguez, A. Gomez, I. Rodriguez, J. Hurd, C. Amezcua, K. Lopez-Maldonado, D. Woodward, Holland, and J. Jones.

///

1

At this time, the Court does not find service appropriate for Defendants John Does 1–4 because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendants John Does 1–4, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff identifies Defendants John Does 1–4 for service, he should file a motion to substitute the identity of Defendants John Does 1–4 in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendants John Does 1–4. However, if Plaintiff fails to identify any of Defendants John Does 1–4, then the unidentified defendants will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants John Does 1–4 that provides the Court with enough information to locate them for service of process; and

2. **The failure to comply with this order will result in dismissal of any of the unidentified defendants from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: __March 11, 2021__        /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE