UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>      Plaintiff,<br><br>   v.<br><br>BARRIOS, et.al.,<br><br>      Defendants. | Case No.: 1:20-cv-01405-NONE-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On July 30, 2021, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __July 30, 2021__

UNITED STATES MAGISTRATE JUDGE

1